UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE


Kenneth R. Carpenter

v.                                            Civil No. 10-cv-512-PB

NH State Prison, Warden


### O R D E R

The plaintiff has failed to pay the necessary filing fee as the Motion to Proceed In Forma Pauperis was denied by the court on November 10, 2010. Therefore, this case is hereby dismissed without prejudice pursuant to LR 4.2(c)(1).

So ordered.

Date: January 21, 2011                /s/ Paul J. Barbadoro
                                      Paul J. Barbadoro
                                      United States District Judge


cc:    Kenneth R. Carpenter
       Bonnie Reed, Financial Administrator
       Tia Maria Hooper, Deputy Clerk
       Inmate Accounts